Onyinye Anyama Esq. (SBN: 262152)
**ANYAMA LAW FIRM, A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, CA 90703
Tel: (562)645-4500; eFax: (562)318-3669

Attorney for Debtor and Debtor in Possession

FILED & ENTERED

OCT 15 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

CHANGES MADE BY COURT

| | |
|---|---|
| In re<br><br>MICHAEL ANTONY FORBES,<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-19311-DS<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND SETTING CONFIRMATION SCHEDULE**<br><br><u>Disclosure Statement Hearing</u><br>Date: October 8, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

A hearing was held at the above time and place on the “Motion for Order Approving Individual Second Amended Debtor’s Disclosure Statement in Support of Second Amended Debtor’s Plan of Reorganization” (the “Motion,” Docket No. 101) regarding the approval of the second amended disclosure statement (the “Disclosure Statement,” Docket No. 100) filed by debtor and debtor-in-possession Michael Antony Forbes (the “Debtor”) with regard to the Debtor’s second amended plan of reorganization (the “Plan,” Docket No. 99). Appearances were noted on the record.

The court having considered the Motion, the documents filed in support thereof and in opposition thereto, the record in this case, and the arguments of counsel at the hearing, and for the reasons set forth by the court on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted, and the Disclosure Statement is approved.

2. The Debtor is authorized to transmit, no later than October 22, 2026, the Disclosure Statement and Plan, together with a ballot for accepting or rejecting the Plan and notice of the court-ordered confirmation hearing date and deadline to oppose the Plan.

3. Written acceptances or rejections of the Plan, on the ballot form to be served along with this order, must be received on or before November 23, 2026.

4. No later than December 8, 2026, the Debtor must file with the court, and serve upon the United States Trustee and all other parties entitled to service, a motion seeking an order confirming the Plan, along with a ballot summary and ballots received accepting or rejecting the Plan.

5. Any opposition to confirmation of the Plan must be filed on or before December 15, 2026.

6. Any reply must be filed on or before December 22, 2026.

7. The hearing on confirmation of the Plan will be held on January 19, 2027, at 1:00 p.m. in Courtroom 1639 at 255 E. Temple Street, Los Angeles, CA 90012.

###

Date: October 15, 2026

Deborah J. Saltzman
United States Bankruptcy Judge